UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

JOHN  HORCHER, SR.
                                      : Bankruptcy No. 17-16966JKF
      Debtor(s)                 : Chapter 13
* * * * * * *

**HEARING TO BE HELD:**
**Date: March 28, 2018**
**Time: 9:30 a.m.**
**Place: United States**
        **Bankruptcy Court**
        **Courtroom #3**
        **900 Market Street**
        **Philadelphia, PA 19107-4295**

* * * * * * *

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Frederick L. Reigle, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 10/13/17.

3.    This Motion to Dismiss has been filed for the following reason(s):

- The plan does not appear to be feasible.

4.    For the reasons set forth herein, the Trustee believes, and therefore avers, that the within case should be dismissed.

WHEREFORE, the Movant requests that the Court, after a hearing, enter an Order dismissing this case.

                                                                                Respectfully submitted,

Date: March 9, 2018                                              */s/ Polly A. Langdon*

                                                                  Polly A. Langdon, Esq.
for
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, Pennsylvania 19606
Telephone: (610) 779-1313